JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN, | Case No. CV 26-2864 FMO (PDx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN DALE GRAD, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 25th day of June, 2026.

_____
/s/
Fernando M. Olguin
United States District Judge